**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

BEST VENDORS COMPANY, a Minnesota corporation d/b/a BEST VENDORS CO., f/k/a WEISMAN ENTERPRISES, INC.

Plaintiff,

vs.

FOLZ VENDING COMPANY, INC., a New York corporation,

Defendant.

Court File 00-CV-2027 JMR/FLN

**STIPULATED ORDER FOR DISMISSAL**

In consideration of that certain Agreement of Settlement and Release, Best Vendors Company and Folz Vending Company, Inc., stipulate to the entry of an Order dismissing the above captioned action with prejudice, with each party to bear its own costs and attorneys' fees.

FRUTH & ANTHONY, P.A.

By: [signature]
Joseph W. Anthony (#2872)
Mark D. Wisser (#217736)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF

FAEGRE & BENSON, LLP

By: [signature]
Charles F. Webber (#215247)
Deborah F. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

ATTORNEYS FOR DEFENDANT

**IT IS SO ORDERED.**

Date: March 7, 2001

[signature]
James M. Rosenbaum
United States District Judge

FILED MAR 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______